Elliot Gale (Bar # 263326)
egale@gajplaw.com
Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
Gale Angelo Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph.
916-282-0771 fax

Attorneys for Plaintiff
Christopher Whitehead

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER WHITEHEAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, ET AL.<br><br>　　　　Defendants. | Case No.: 8:25-cv-00606-WLH-KES<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.** |

**TO THE HONORABLE WESLEY L HSU**

　　Plaintiff respectfully notifies the Court that Plaintiff and Experian Information Solutions have settled all claims between them in this matter. Each party will bear its own attorneys' fees and costs. Plaintiff will present dismissal documents to the Court as soon as possible and requests 60 days to finalize settlement and performance. Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Date: December 11, 2025 | */S/ Elliot Gale* <br> Elliot Gale <br> GAJ P.C. <br> egale@gajplaw.com <br> P: 916-290-7778 <br> F: 916-721-2767 |

NOTICE OF SETTLEMENT